No. 547. NATIONAL LABOR RELATIONS BOARD v. FOOTE BROTHERS GEAR & MACHINE CORP.; and
No. 548. SAME v. INDEPENDENT UNION OF GEAR WORKERS: December 9, 1940. *Per Curiam:* The petition for writs of certiorari is granted. The motion to reverse is also granted, the judgments are reversed, and the causes are remanded to the Circuit Court of Appeals with directions to determine the questions presented upon the record as certified by the National Labor Relations Board

pursuant to § 10 (e) of the National Labor Relations Act. *Solicitor General Biddle* and *Mr. Robert B. Watts* for petitioner. *Mr. Silas H. Strawn* for respondent in No. 547. *Mr. Benjamin Wham* for respondent in No. 548. Reported below: 114 F. 2d 611.